1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  STEPHEN J. NEWMAN (State Bar No. 181570))
   JULIETA STEPANYAN (State Bar No. 280691)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile:  310-556-5959
5  Email:      lacalendar@stroock.com

6  Attorneys for Defendant
     Chase Bank USA, N.A., erroneously sued as
7    JP Morgan Chase USA, National Association

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 JANET MARIE MOORE,                       ) Case No.
                                            )
12         Plaintiff,                       )
                                            )
13     vs.                                  ) **CERTIFICATION OF INTERESTED
                                            ) ENTITIES OR PERSONS**
14 EXPERIAN INFORMATION SOLUTIONS,          )
   INC.; EQUIFAX, INC.; JP MORGAN CHASE     )
15 BANK, USA, NATIONAL ASSOCIATION;         ) Action Filed: December 11, 2014
   MACY'S, INC.; OCWEN LOAN SERVICING,      )
16 LLC and DOES 1 through 100 inclusive,    )
                                            )
17         Defendants.                      )
                                            )

LA 51826067

NOTICE OF REMOVAL OF ACTION

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, the undersigned,
2  counsel of record for defendant Chase Bank USA, N.A., erroneously sued as JP Morgan Chase
3  USA, National Association ("Chase"), certifies that the following listed party may have a
4  pecuniary interest in the outcome of this case. These representations are made to enable the Court
5  to evaluate possible disqualification or recusal.

6      1.    Chase Bank USA, N.A. is an indirect, wholly-owned subsidiary of JPMorgan Chase
7  & Co.

    2.    JPMorgan Chase & Co. is a publicly-held company. No publicly-held corporation
8
9  owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

Dated: January 16, 2015

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: _____
        Stephen J. Newman

Attorneys for Defendant
    Chase Bank USA, N.A., erroneously sued as
    JP Morgan Chase USA, National Association

LA 51826067

NOTICE OF REMOVAL OF ACTION

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On January 16, 2015, I served the foregoing document(s) described as: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action as follows:

## - ATTACHED SERVICE LIST -

☐ **(VIA PERSONAL SERVICE)** By causing the document(s), in a sealed envelope, to be delivered via messenger to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 16, 2015, at Los Angeles, California.

_____Diane Smith_____          _____[Signature]_____
    [Type or Print Name]                    [Signature]

| | |
|---|---|
| 1 | **- SERVICE LIST –** |
| 2 | |
| 3 | Scott J. Sagaria, Esq. |
| 4 | Elliot W. Gale, Esq.<br>Joseph B. Angelo, Esq. |
| 5 | SAGARIA LAW PC<br>2033 Gateway Place, 5th Floor |
| 6 | San Jose, CA 95110-3712 |
| 7 | Alyssa Staudinger, Esq. |
| 8 | JONES DAY<br>3161 Michelson Drive, Suite 800 |
| 9 | Irvine, CA 92612-4408 |

PROOF OF SERVICE

LA 51827002