UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JANET MARIE MOORE,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>          Defendants. | Case No. 15-cv-00240-LHK<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE AND JCMS**<br><br>Re: Dkt. No. 15 |

On April 2, 2015, Plaintiff Moore and Defendant Chase Bank U.S.A., N.A. ("Chase"), filed a notice of settlement and requested that the Court excuse Defendant Chase from filing a joint case management statement prior to the April 15, 2015 case management conference. Plaintiff and Chase have represented that they require 30 days to finalize their settlement agreement.

The Court CONTINUES the case management conference as to Defendant Chase to May 20, 2015. If the parties have not filed a stipulation of dismissal with prejudice as to Defendant Chase by May 13, 2015, Plaintiff and Chase shall file one joint case management statement on May 13, 2015.

The April 15, 2015 case management conference remains as set as to Plaintiff and Defendants Experian Information Solutions, Inc., Macy's, Inc., OCWEN Loan Servicing, LLC,

1

Case No. 15-cv-00240-LHK
ORDER RE CASE MANAGEMENT CONFERENCE AND JCMS

and Equifax, Inc. Pursuant to Civil Local Rule 16-10(d), these parties shall file one joint case management statement by Wednesday, April 8, 2015.

**IT IS SO ORDERED.**

Dated: April 3, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge